UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:21-cv-09953-SVW (MAA)**                                   Date:  **January 3, 2022**

Title       **Lawrence Gene Kirkley v. CEO Rancho Los Amigos National Rehabilitation Center**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|      Narissa Estrada       |         N/A          |
|:--------------------------:|:--------------------:|
|       Deputy Clerk         | Court Reporter / Recorder |

Attorneys Present for Plaintiff:                        Attorneys Present for Defendant:
N/A                                                     N/A

**Proceedings (In Chambers):**      Order Regarding Application to Proceed *In Forma Pauperis* or Payment of Filing Fee

The Court is in receipt of Plaintiff's civil rights Complaint.  However, Plaintiff neither paid the required $402 filing fee nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

IT IS HEREBY ORDERED that no later than **February 2, 2022**, Plaintiff submit to the Court the filing fee of $402 or file a completed request to proceed *in forma pauperis* with the required supporting documentation.  Alternatively, Plaintiff may file a Notice of Dismissal of the action (form attached).

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment
Request to Proceed Without Prepayment of Filing Fees (CV-60P)
Notice of Dismissal